AO 106 (Rev. 04/10) Application for a Search Warrant                                                                                                   AUSA B. Shoemaker

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
)
U.S. Postal Service Priority Mail Express parcel bearing label ) Case No. 2:19mj870
no. 9470136897846112014946 addressed to Micheal Wells, )
706 N 5th St. Steubenville, OH 43952-1857. )
)
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property

U.S. Postal Service Priority Mail Express parcel bearing label no. 9470136897846112014946 addressed to Micheal Wells, 706 N 5th St. Steubenville, OH 43952-1857.

located in the _____Southern_____ District of _____Ohio, Eastern Division_____, there is now concealed *(identify the person or describe the property to be seized)*:

A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1) and 843(b).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 841(a)(1) | Possession with intent to distribute a controlled substance |
| Title 21 USC 843(b) | Prohibited use of a communication center (U.S. Mail) |

The application is based on these facts:
As set forth in the attached Affidavit of Postal Inspector MOHAMED A. SABRAH

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

MOHAMED A. SABRAH, U.S. POSTAL INSPECTOR
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11-6-19

_____
Judge's signature

City and state: COLUMBUS, OHIO          Chelsey M. Vascura, U.S. MAGISTRATE JUDGE
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVSION

11/5/19

B.S

IN THE MATTER OF THE SEARCH OF:

U.S. Postal Service Priority Mail Express parcel bearing label no. 9470136897846112014946 addressed to Micheal Wells, 706 N 5th St. Steubenville, OH 43952-1857.

Case No. 2:19mj870

MAGISTRATE JUDGE
Chelsey M. Vascura

I, MOHAMED A. SABRAH, DO HEREBY DEPOSE AND SAY:

1. I have been a U.S. Postal Inspector for the U.S. Postal Inspection Service since February, 2016, enforcing federal mail and drug laws; currently assigned to Columbus, OH. I have received training at U.S. Postal Inspection Service National Training Seminars for mail-related criminal investigations and have investigated cases with other federal, state, and local law enforcement units. I have received an additional 40 hour Prohibited Mailings training by the U.S. Postal Inspection Service.

2. I know from my training and experience, and the training and experience of other Postal Inspectors, I am aware the U.S. Mail is often used by drug traffickers to transport controlled substances as well as U.S. currency derived from their illicit activities, either as proceeds and/or payment. I know from my training and experience the Priority Mail Express system is commonly used to transport controlled substances and associated currency because Priority Mail Express provides traceability, reliability, and timely delivery. The guaranteed delivery timeframe of Priority Mail Express places time pressures on law enforcement agents to identify, search, and deliver these drug parcels in a timely manner.

3. As a result of past investigations and prosecutions, the Postal Inspection Service has determined that a number of indicators can be used to identify packages containing contraband that have been entered into the Priority Mail Express network. Inspectors routinely review shipment documents and Priority Mail Express packages originating from or destined to drug source areas, to identify instances where there is a possibility of drug trafficking.

4. On November 5, 2019, Inspectors in Cleveland, OH, identified a U.S. Postal Service Priority Mail Express parcel bearing label no. 9470136897846112014946, which was believed to contain narcotics due to routine profiling. Inspectors identified this as a suspect drug parcel based on several characteristics, including but not limited to type of mail, origin, destination and size.

5. On November 5, 2019, Postal Inspectors took custody of U.S. Postal Service Priority Mail Express parcel bearing label no. 9470136897846112014946 addressed to Micheal Wells, 706 N 5th St., Steubenville, OH 43952-1857, with a return address of BOXLUNCH, 3111 W Chandler Blvd Ste 2404, Chandler, AZ 85226-5092. The subject parcel is further described as a white and blue USPS flat rate envelope. The subject parcel was mailed on November 4, 2019 from the Chandler, AZ Post Office, zip code 85224, and bore pre-paid postage.

6. The parcel was intercepted at the Steubenville Post Office and transported to the Jefferson County Drug Task Force office in Steubenville, OH.

7. The subject parcel did not require a signature for delivery. Signature Confirmation is not commonly used on drug parcels so the intended recipients do not have to have contact with the delivery employee and/or law enforcement should the parcel be seized.

8. According to Clear, an electronic database that has proven reliable in previous investigations in determining the legitimacy of name, address, and phone number information, and was unable to associate a Micheal Wells with the delivery address of 706 N 5th St, Steubenville, OH 43952-1857. I also made inquiries pertaining to the return address and was not able to associate BOXLUNCH, at the 3111 W Chandler Blvd Ste 2404, Chandler, AZ 85226-5092 address.

9. Your affiant contacted BOXLUNCH customer service, and the associate was unable to confirm that the subject parcel was mailed by their business.

10. Your affiant knows that in the past, drug traffickers have used fake names at legitimate addresses to receive parcels containing illegal narcotics, and have used non-existent addresses or addresses belonging to others for the sender/return address, in an attempt to legitimize the shipment in the event that the parcel is seized by law enforcement officers. Additionally, Arizona is a known source area for shipment of illegal narcotics to Central Ohio as well as other areas of the United States.

11. The postage on the subject parcel was purchased through a third party postage provider. Your Affiant knows, based on previous narcotics seizures using similar postage, that this third party postage provider is commonly used by individuals who mail illegal narcotics via the U.S. Postal Service.

12. Postal records for the recipient address 706 N 5th St, Steubenville, OH 43952-1857, show approximately 8 suspicious parcels delivered to this address. These parcels were identified as suspicious based on several characteristics, including but not limited to type of mail, origin, destination, postage, and size.

13. On November 5, 2019, the subject parcel was placed into a lineup containing several blank parcels which emanated no narcotics odors. Narcotic detection canine "Iso", handled by Trooper Brian McGill of the Ohio State Highway Patrol was allowed to examine the lineup. According to Trooper McGill, Iso did not alert to the subject parcel.

14. Based on the information contained herein, your Affiant maintains there is probable cause to believe that the U.S. Postal Service Priority Mail Express parcel bearing label no. 9470136897846112014946, contains controlled substances, and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1) and 843(b).

_____
Mohamed Sabrah
United States Postal Inspector

Sworn to before me, and subscribed in my presence, this 6 day of November, 2019 at Columbus, Ohio.

_____
Chelsey M. Vascura
U.S. MAGISTRATE JUDGE